No. 79–1767. WILMINGTON UNITED NEIGHBORHOODS ET AL. *v.* U. S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–1769. SANDERS *v.* OLIVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 79–1770. SWINEHART *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–1771. TRIO PROCESS CORP. ET AL. *v.* L. GOLDSTEIN'S SONS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–1774. LOOK *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 79–1775. KONDRAT *v.* MITROVICH ET AL. Ct. App. Ohio, Lake County. Certiorari denied.

No. 79–1778. FLISK, RECEIVER *v.* PEOPLES GAS LIGHT & COKE Co. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–1781. MOREJON-PACHECO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1782. SHOEMAKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–1783. SMITH *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 79–1785. NORTHERN NATURAL GAS Co. *v.* PREMIER RESOURCES, LTD. C. A. 10th Cir. Certiorari denied.